# No. 14-1059

# United States Court of Appeals for the Federal Circuit

MODINE MANUFACTURING COMPANY,

*Plaintiff-Appellant*,

v.

BORGWARNER, INC.,

*Defendant-Appellee*.

Appeal from the United States District Court for the Eastern District of Wisconsin, Case No. 12-CV-00815, Judge J.P. Stadtmueller

### NOTICE OF CORRECTION

| | |
|---|---|
| Jonathan H. Margolies | Dennis J. Abdelnour |
| Katherine W. Schill | KIRKLAND & ELLIS LLP |
| MICHAEL BEST & FRIEDRICH LLP | 300 N. LaSalle |
| 100 E. Wisconsin Ave. | Chicago, Illinois 60654 |
| Suite 3300 | (312) 862-2000 |
| Milwaukee, Wisconsin 53202 | |
| (414) 271-6560 | |

*Counsel for Plaintiff-Appellant Modine Manufacturing Company*

January 27, 2014

# **CERTIFICATE OF INTEREST**

Counsel for Appellant Modine Manufacturing Company hereby certifies the following:

**1.    The full name of every party or amicus represented by me is:**

MODINE MANUFACTURING COMPANY.

**2.    The name of the real party in interest (if the party named in the caption is not the real party interest) represented by me is:**

Not applicable.

**3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

None.

**4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

<u>Michael Best & Friedrich LLP</u>: Jonathan H. Margolies, Katherine W. Schill

<u>Kirkland & Ellis LLP</u>: Dennis J. Abdelnour


January 27, 2014　　　　　　　　　　　　/s/ Jonathan H. Margolies
　　　　　　　　　　　　　　　　　　　　Jonathan H. Margolies

Plaintiff-Appellant Modine Manufacturing Company ("Modine") hereby provides notice to the court that Modine has submitted new paper copies in color of its Opening Brief. Modine requests that the court disregard the previous physical copies submitted to the court.

January 27, 2014                                Respectfully submitted,


                                                 /s/ Jonathan H. Margolies
                                                Jonathan H. Margolies
                                                Katherine W. Schill
                                                MICHAEL BEST & FRIEDRICH LLP
                                                100 E. Wisconsin Ave.
                                                Suite 3300
                                                Milwaukee, Wisconsin 53202
                                                (414) 271-6560

                                                Dennis J. Abdelnour
                                                KIRKLAND & ELLIS LLP
                                                300 N. LaSalle
                                                Chicago, Illinois 60654
                                                (312) 862-2000

                                                *Counsel for Plaintiff-Appellant Modine Manufacturing Company*

## **CERTIFICATE OF SERVICE**

I certify that on January 27, 2014, I caused the foregoing notice to be served via Electronic Court Filing on the following Principal Counsel for Appellee, BorgWarner, Inc.:

Richard W. Hoffmann
Reising Ethington PC
755 West Big Beaver Road
Suite 1850
Troy, Michigan 48084
hoffmann@reising.com


 /s/ Jonathan H. Margolies
Jonathan H. Margolies